# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| In re: ELBRECHT, RYAN MICHAEL § | Case No. 11-83565 |
| ELBRECHT, JENNIFER LYNN § | |
| § | |
| Debtor(s) § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 11, 2011. The undersigned trustee was appointed on December 12, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        90,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 13,114.15 |
   | Bank service fees | 401.53 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]     $ | 76,484.32 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/02/2013 and the deadline for filing governmental claims was 05/02/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,812.36. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,812.36, for a total compensation of $5,812.36.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/26/2013   By: /s/STEPHEN G. BALSLEY
  Trustee, Bar No.: 1048412

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-83565  
**Case Name:** ELBRECHT, RYAN MICHAEL  
ELBRECHT, JENNIFER LYNN  
**Period Ending:** 09/26/13

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 08/11/11 (f)  
**§341(a) Meeting Date:** 09/22/11  
**Claims Bar Date:** 05/02/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2915 East Hickory Drive, Wonder Lake, Illinois D | 97,500.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account #859144859 Chase | 169.53 | 0.00 | | 0.00 | FA |
| 3 | Checking account #7100797299 First Midwest Bank | 40.00 | 0.00 | | 0.00 | FA |
| 4 | Savings Account #2749092058 CHASE | 50.30 | 0.00 | | 0.00 | FA |
| 5 | Checking Account #81198259 Chase | 10.87 | 0.00 | | 0.00 | FA |
| 6 | Savings Account #2920080179 Chase | 0.01 | 0.00 | | 0.00 | FA |
| 7 | Household items Debtor's residence | 4,000.00 | 0.00 | | 0.00 | FA |
| 8 | Books and art Debtor's residence | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Clothing Debtor's residence | 300.00 | 0.00 | | 0.00 | FA |
| 10 | Furs and jewelry Debtor's residence | 500.00 | 0.00 | | 0.00 | FA |
| 11 | Hobby equipment Debtor's residence | 100.00 | 0.00 | | 0.00 | FA |
| 12 | 401(k) savings plan the 401(k) Savings Plan Cent | 15,302.79 | 0.00 | | 0.00 | FA |
| 13 | Employee stock purchase plan J P Morgan Chase & | 1,343.06 | 0.00 | | 0.00 | FA |
| 14 | 1996 Toyota Cainry Debtor's residence | 1,000.00 | 0.00 | | 0.00 | FA |
| 15 | 2004 Mitsubishi Debtor's residence | 5,000.00 | 0.00 | | 0.00 | FA |
| 16 | Unscheduled Claim against JP Morgan (u)<br>   See Order to Compromise Controversy entered March 29, 2013. | 90,000.00 | 90,000.00 | | 90,000.00 | FA |
| 17 | Back child support claim against Ryan Elbrecht (u)<br>   See Amended Schedule B filed 2/14/2013. | Unknown | Unknown | | 0.00 | FA |
| 17 | **Assets  Totals** (Excluding unknown values) | **$215,416.56** | **$90,000.00** | | **$90,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   July 1, 2013      **Current Projected Date Of Final Report (TFR):**   September 25, 2013  (Actual)

Printed: 09/26/2013 11:16 AM     V.13.13

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 11-83565 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | ELBRECHT, RYAN MICHAEL | | Bank Name: | Rabobank, N.A. |
| | ELBRECHT, JENNIFER LYNN | | Account: | ****845766 - Checking Account |
| Taxpayer ID #: | **-***3510 | | Blanket Bond: | $736,000.00  (per case limit) |
| Period Ending: | 09/26/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/24/13 | {16} | JP Morgan Chase & Co. | Settlement funds pursuant to Order to Compromise Controversy entered March 29, 2013 | 1249-000 | 90,000.00 | | 90,000.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 89,990.00 |
| 06/03/13 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #11-83565 | 2300-000 | | 126.15 | 89,863.85 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 120.68 | 89,743.17 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 141.98 | 89,601.19 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 128.87 | 89,472.32 |
| 09/04/13 | 102 | Illinois Department of Revenue | State taxes 8/1/12-7/31/13; 30-6363510 (Jennifer Elbrecht) | 2820-000 | | 2,148.00 | 87,324.32 |
| 09/04/13 | 103 | Illinois Department of Revenue | State taxes 8/1/12-7/31/13; 30-6363510 (Ryan Elbrecht) | 2820-000 | | 2,148.00 | 85,176.32 |
| 09/04/13 | 104 | United States Treasury | 2012 Form 1041; 30-6363510 (Jennifer Elbrecht) | 2810-000 | | 4,346.00 | 80,830.32 |
| 09/04/13 | 105 | United States Treasury | 2012 Form 1041; 30-6363510 (Ryan Elbrecht) | 2810-000 | | 4,346.00 | 76,484.32 |
| | | | **ACCOUNT TOTALS** | | 90,000.00 | 13,515.68 | **$76,484.32** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 90,000.00 | 13,515.68 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$90,000.00** | **$13,515.68** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****845766** | 90,000.00 | 13,515.68 | 76,484.32 |
| | $90,000.00 | $13,515.68 | $76,484.32 |

{} Asset reference(s)

Printed: 09/26/2013 11:16 AM    V.13.13

# Claims Register

## Case: 11-83565   ELBRECHT, RYAN MICHAEL

Claims Bar Date: 05/02/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | STEPHEN G. BALSLEY<br>6833 STALTER DRIVE<br><br>ROCKFORD, IL 61108<br><br><2100-00 Trustee Compensation>, 200 | Admin Ch. 7<br>08/11/11 | [Updated by Surplus to Debtor Report based on Net Estate Value: 51247.22] | $5,812.36<br>$5,812.36 | $0.00 | $5,812.36 |
| | U.S. BANKRUPTCY COURT<br>327 SOUTH CHURCH STREET<br><br>ROCKFORD, IL 61101<br><2700-00 Clerk of the Court Costs (includes adversary and other filing fees)>, 200 | Admin Ch. 7<br>08/11/11 | Motion to Reopen Filing Fee Deferred 11/13/12. | $260.00<br>$260.00 | $0.00 | $260.00 |
| | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3110-00 Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br>08/11/11 | | $13,933.50<br>$13,933.50 | $0.00 | $13,933.50 |
| | McGladrey LLP<br>5155 Paysphere Circle<br><br>Chicago, IL 60674<br><3310-00 Accountant for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br>08/11/11 | See Order to Employ Accountant entered April 24, 2013. | $1,390.00<br>$1,390.00 | $0.00 | $1,390.00 |
| 1 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br><br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>02/13/13 | of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br>---------------------------------------------------------------------------\* \* \*<br>See Amended Claim No. 1-2 filed June 4, 2013. | $3,234.60<br>$0.00 | $0.00 | $0.00 |
| 1 -2 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br><br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>02/13/13 | of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br>---------------------------------------------------------------------------\* \* \*<br>See Order to Allow Claim and Allowance of Distribution entered August 5, 2013. | $3,234.60<br>$3,234.60 | $0.00 | $3,234.60 |

# Claims Register

## Case: 11-83565 ELBRECHT, RYAN MICHAEL

Claims Bar Date: 05/02/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1I-2 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services, PO Box 19008 Greenville, SC 29602 <7990-00 Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | Unsecured 02/13/13 | | $11.60 $11.60 | $0.00 | $11.60 |
| 2 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services, PO Box 19008 Greenville, SC 29602 <7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured 02/13/13 | of Citibank, N.A. Resurgent Capital Services, PO Box 19008 Greenville, SC 29602 ----------* * * See Amended Claim No. 2-2 filed June 4, 2013. | $2,228.67 $0.00 | $0.00 | $0.00 |
| 2 -2 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services, PO Box 19008 Greenville, SC 29602 <7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured 02/13/13 | of Citibank, N.A. Resurgent Capital Services, PO Box 19008 Greenville, SC 29602 ----------* * * See Order to Allow Claim and Allowance of Distribution entered August 5, 2013. | $2,228.67 $2,228.67 | $0.00 | $2,228.67 |
| 2I-2 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services, PO Box 19008 Greenville, SC 29602 <7990-00 Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | Unsecured 02/13/13 | | $7.99 $7.99 | $0.00 | $7.99 |
| 3 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services, PO Box 19008 Greenville, SC 29602 <7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured 02/13/13 | of Citibank, N.A. Resurgent Capital Services, PO Box 19008 Greenville, SC 29602 ----------* * * See Amended Claim No. 3-2 filed June 4, 2013. | $1,078.44 $0.00 | $0.00 | $0.00 |

# Claims Register

## Case: 11-83565   ELBRECHT, RYAN MICHAEL

Claims Bar Date: 05/02/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 -2 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services, PO Box 19008 Greenville, SC 29602 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 02/13/13 | of Citibank, N.A. Resurgent Capital Services, PO Box 19008 Greenville, SC 29602 --------* * * See Order to Allow Claim and Allowance of Distribution entered August 5, 2013. | $1,078.44 $1,078.44 | $0.00 | $1,078.44 |
| 3I-2 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services, PO Box 19008 Greenville, SC 29602 <7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured 02/13/13 | | $3.87 $3.87 | $0.00 | $3.87 |
| 4 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 03/01/13 | PO Box 71083 Charlotte, NC 282721083 --------* * * See Order of Objection to Claim No. 4 entered August 5, 2013. | $1,270.85 * $0.00 | $0.00 | $0.00 |
| 5 | US BANK N.A. BANKRUPTCY DEPARTMENT P.O. BOX 5229 CINCINNATI, OH 45201-5229 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 04/15/13 | BANKRUPTCY DEPARTMENT P.O. BOX 5229 CINCINNATI, OH 452015229 --------* * * See Order of Objection to Claim No. 5 entered August 5, 2013. | $3,079.70 * $0.00 | $0.00 | $0.00 |
| 6 | Asset Management Services Inc. POB 5130 Elm Grove, WI 53122-5130 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 04/26/13 | POB 5130 Elm Grove, WI 531225130 --------* * * See Order to Allow Claim and Allowance of Distribution entered August 5, 2013. | $8,387.33 $8,387.33 | $0.00 | $8,387.33 |

(*) Denotes objection to Amount Filed

# Claims Register

## Case: 11-83565   ELBRECHT, RYAN MICHAEL

Claims Bar Date: 05/02/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6I | Asset Management Services Inc. POB 5130 Elm Grove, WI 53122-5130 | Unsecured 04/26/13 | | $30.07 $30.07 | $0.00 | $30.07 |
| | <7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | | | | | |
| 7 | Portfolio Recovery Associates, LLC successor to HSBC BANK NEVADA, N.A. POB 41067 Norfolk, VA 23541 | Unsecured 05/01/13 | successor to HSBC BANK NEVADA, N.A. POB 41067 Norfolk, VA 23541 ----------------------------------------------------------------------------* * * See Order of Objection to Claim No. 7 entered August 5, 2013. | $1,519.95 * $0.00 | $0.00 | $0.00 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 8 | Portfolio Recovery Associates, LLC successor to GE MONEY BANK, F.S.B. POB 12914 Norfolk, VA 23541 | Unsecured 05/01/13 | successor to GE MONEY BANK, F.S.B. POB 41067 Norfolk, VA 23541 ----------------------------------------------------------------------------* * * See Order to Allow Claim and Allowance of Distribution entered August 5, 2013. | $1,123.27 $1,123.27 | $0.00 | $1,123.27 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 8I | Portfolio Recovery Associates, LLC successor to GE MONEY BANK, F.S.B. POB 12914 Norfolk, VA 23541 | Unsecured 05/01/13 | | $4.03 $4.03 | $0.00 | $4.03 |
| | <7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | | | | | |
| 9 | Centegra c/o AAMS 4800 Mills Civic Parkway #202 West Des Moines, IA 50265 | Unsecured 05/24/13 | c/o AAMS 4800 Mills Civic Parkway #202 West Des Moines, IA 50265 ----------------------------------------------------------------------------* * * See Order to Allow Claim and Allowance of Distribution entered August 5, 2013. | $225.00 $225.00 | $0.00 | $225.00 |
| | <7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | | | | | |
| 9I | Centegra c/o AAMS 4800 Mills Civic Parkway #202 West Des Moines, IA 50265 | Unsecured 05/24/13 | | $0.81 $0.81 | $0.00 | $0.81 |
| | <7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | | | | | |

(*) Denotes objection to Amount Filed

# Claims Register

## Case: 11-83565   ELBRECHT, RYAN MICHAEL

Claims Bar Date: 05/02/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| SURPLUS | ELBRECHT, JENNIFER LYNN<br>c/o Attorney Brian A. Hart<br>1410 North Main Street<br>Rockford, IL 61103<br><8200-00   Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part)>,  650 | Unsecured<br>08/11/11 | | $38,752.78<br>$38,752.78 | $0.00 | $38,752.78 |

| | | | **Case Total:** | **$0.00** | **$76,484.32** |
|---|---|---|---|---|---|

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-83565
Case Name: ELBRECHT, RYAN MICHAEL
Trustee Name: STEPHEN G. BALSLEY

**Balance on hand:**   $   76,484.32

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   76,484.32

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 5,812.36 | 0.00 | 5,812.36 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 13,933.50 | 0.00 | 13,933.50 |
| Accountant for Trustee, Fees - McGladrey LLP | 1,390.00 | 0.00 | 1,390.00 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |

Total to be paid for chapter 7 administration expenses:   $   21,395.86
Remaining balance:   $   55,088.46

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   55,088.46

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|---|
| | | Remaining balance: | $ | 55,088.46 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,052.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | 0.00 | 0.00 | 0.00 |
| 1 -2 | PYOD, LLC its successors and assigns as assignee | 3,234.60 | 0.00 | 3,234.60 |
| 2 | PYOD, LLC its successors and assigns as assignee | 0.00 | 0.00 | 0.00 |
| 2 -2 | PYOD, LLC its successors and assigns as assignee | 2,228.67 | 0.00 | 2,228.67 |
| 3 | PYOD, LLC its successors and assigns as assignee | 0.00 | 0.00 | 0.00 |
| 3 -2 | PYOD, LLC its successors and assigns as assignee | 1,078.44 | 0.00 | 1,078.44 |
| 4 | Capital One Bank (USA), N.A. | 0.00 | 0.00 | 0.00 |
| 5 | US BANK N.A. | 0.00 | 0.00 | 0.00 |
| 6 | Asset Management Services Inc. | 8,387.33 | 0.00 | 8,387.33 |
| 7 | Portfolio Recovery Associates, LLC | 0.00 | 0.00 | 0.00 |
| 8 | Portfolio Recovery Associates, LLC | 1,123.27 | 0.00 | 1,123.27 |

| | | Total to be paid for timely general unsecured claims: | $ | 16,052.31 |
|---|---|---|---|---|
| | | Remaining balance: | $ | 39,036.15 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 225.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | Centegra | 225.00 | 0.00 | 225.00 |

| | | | |
|---|---|---|---|
| | Total to be paid for tardy general unsecured claims: | $ | 225.00 |
| | Remaining balance: | $ | 38,811.15 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for subordinated claims: | $ | 0.00 |
| | Remaining balance: | $ | 38,811.15 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $58.37.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 38,752.78.

**UST Form 101-7-TFR (05/1/2011)**