**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: ELBRECHT, RYAN MICHAEL | § | Case No. 11-83565 |
| ELBRECHT, JENNIFER LYNN | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>STEPHEN G. BALSLEY</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   U.S. Courthouse
   327 South Church Street
   Room 1100
   Rockford, IL  61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 11/13/2013 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  / /  By:  /s/ STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: ELBRECHT, RYAN MICHAEL § Case No. 11-83565
   ELBRECHT, JENNIFER LYNN § 
                          §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 90,000.00 |
| *and approved disbursements of* | $ 13,515.68 |
| *leaving a balance on hand of* [1] | $ 76,484.32 |
| **Balance on hand:** | $ 76,484.32 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| | | None | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 76,484.32 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - STEPHEN G. BALSLEY | 5,812.36 | 0.00 | 5,812.36 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 13,933.50 | 0.00 | 13,933.50 |
| Accountant for Trustee, Fees - McGladrey LLP | 1,390.00 | 0.00 | 1,390.00 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 21,395.86 |
| Remaining balance: | $ 55,088.46 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 55,088.46

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 55,088.46

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,052.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | 0.00 | 0.00 | 0.00 |
| 1 -2 | PYOD, LLC its successors and assigns as assignee | 3,234.60 | 0.00 | 3,234.60 |
| 2 | PYOD, LLC its successors and assigns as assignee | 0.00 | 0.00 | 0.00 |
| 2 -2 | PYOD, LLC its successors and assigns as assignee | 2,228.67 | 0.00 | 2,228.67 |
| 3 | PYOD, LLC its successors and assigns as assignee | 0.00 | 0.00 | 0.00 |
| 3 -2 | PYOD, LLC its successors and assigns as assignee | 1,078.44 | 0.00 | 1,078.44 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 4 | Capital One Bank (USA), N.A. | 0.00 | 0.00 | 0.00 |
| 5 | US BANK N.A. | 0.00 | 0.00 | 0.00 |
| 6 | Asset Management Services Inc. | 8,387.33 | 0.00 | 8,387.33 |
| 7 | Portfolio Recovery Associates, LLC | 0.00 | 0.00 | 0.00 |
| 8 | Portfolio Recovery Associates, LLC | 1,123.27 | 0.00 | 1,123.27 |

Total to be paid for timely general unsecured claims: $ 16,052.31
Remaining balance: $ 39,036.15

Tardily filed claims of general (unsecured) creditors totaling $ 225.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 9 | Centegra | 225.00 | 0.00 | 225.00 |

Total to be paid for tardy general unsecured claims: $ 225.00
Remaining balance: $ 38,811.15

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 38,811.15

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $58.37. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 38,752.78.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/STEPHEN G. BALSLEY

Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-83565-TML
Ryan Michael Elbrecht                                               Chapter 7
Jennifer Lynn Elbrecht
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: jclarke            Page 1 of 2             Date Rcvd: Oct 22, 2013
                              Form ID: pdf006          Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2013.
```
db           #+Ryan Michael Elbrecht,    2915 E. Hickory Drive,    Wonder Lake, IL 60097-9269
jdb           +Jennifer Lynn Elbrecht,    4729 Oregon Trail,    McHenry, IL 60050-0503
aty           +Brian A Hart,    666 Russel Court #214,    Woodstock, IL 60098-2671
17659126     +1st Financial Bank,    c/o JCC & Associates,    P O Box 519,    Sauk Rapids, MN 56379-0519
20408581      Asset Management Services Inc.,    POB 5130,    Elm Grove WI 53122-5130
17659128      Capital One Auto,    P O Box 60511,    City of Industry, CA 91716-0511
17659129     +Capital One Bank,    c/o firstsource,    205 Bryant Woods South,    Amherst, NY 14228-3609
20119299      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
17659131     +Centegra,    P O Box 1447,    Woodstock, IL 60098-1447
17659133     +Centegra Health System,    P O Box 1447,    Woodstock, IL 60098-1447
17659134     +Chase Bank,    OH1-1188,    340 S Cleveland Ave #370,    Westerville, OH 43081-8917
17659135     +Citgo,    c/o ARS National Services Inc,    P O Box 463023,    Escondido, CA 92046-3023
17659136     +Citibank South Dakata NA,    c/o Blatt Hasenmiller Leibsker & Moore,     125 S Wacker Drive, #400,
                Chicago, IL 60606-4440
17659137      Citibank South Dakota NA,    c/o United Recovery Systems,    5800 North Court Drive,
                Houston, TX 77072
17659139     +DCS INC,    for GREAT LAKES HIGHER EDUCATION,    P O Box 9057,    Pleasanton, CA 94566-9057
17659140      Direct Loans,    US Dept of Education,    P O Box 5609,    Greenville, TX 75403-5609
17659141     +Fifth Third Bank,    1830 East Paris Road,    MD RSCB3E,    Grand Rapids, MI 49546-6253
17659142     +Fifth Third Bank,    c/o Pierce & Associates,    1 N Dearborn 13th floor,    Chicago, IL 60602-4321
17659143     +G E Money Bank,    c/o Portfolio Recovery Assoc,    P O Box 12914,    Norfolk, VA 23541-0914
17659144     +Groot Industries,    c/o RMS,    P O Box 509,    Richfield, OH 44286-0509
17659146     +HSBC Bank Nevada NA,    c/o Portfolio Recovery Assoc LLC,    P O Box 12914,
                Norfold, VA 23541-0914
17659147     +J & K Pediatrics LLC,    4119 W Sharmrock Lane #201,    McHenry, IL 60050-8268
20044613     +JPMorgan Chase Bank, N.A.,    c/o Attorney Thomas J Lester,    100 Park Avenue,
                Rockford, IL 61101-1099
17659148     +Jennifer Elbrecht,    4729 Oregon Trail,    McHenry, IL 60050-0503
17659149     +Jodee K. Megeath,    2915 E. Hickory Drive,    Wonder Lake, IL 60097-9269
17659150     +Kohls Department Store,    c/o Profressive Financial Services Inc,    P O Box 41309,
                Nashville, TN 37204-1309
17659151     +Mary Nader,    5116 W. Elm Street,    McHenry, IL 60050-4025
17659152     +Michael Elbrecht,    710 St. Johns Road #11,    Woodstock, IL 60098-2765
17659153     +Moraine Emergency Physicians,    c/o NCC,    245 Main Street,    Dickson City, PA 18519-1641
17659154     +Moraine Emergncy Physicians,    c/o NCC,    245 Main Street,    Dickson City, PA 18519-1641
17659155     +Old Navy,    c/o Portfolio Recovery Assoc,    P O Box 12914,    Norfolk, VA 23541-0914
20428413    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,
                successor to GE MONEY BANK, F.S.B.,    POB 41067,    Norfolk, VA 23541)
17659156      Premier Bankcard LLC,    c/o Monarch REcovery Management Inc,    P O Box 21089,
                Philadelphia, PA 19114-0589
17659157     +Shell,    c/o ARS National Services, Inc.,    P O Box 463023,    Escondido, CA 92046-3023
17659159      U S Bank,    P O Box 5227,    Cincinnati, OH 45202
17659158     +U S Bank,    c/o Credit Control LLC,    P O Box 248,    Hazelwood, MO 63042-0248
20330126    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US BANK N.A.,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
                CINCINNATI, OH 45201-5229)
17659160     +Vince and Eileen Marzano,    4729 Oregon Trail,    McHenry, IL 60050-0503
17659162     +Wisconsin Lutheran College,    c/o Asset Management Serv Inc,    P O Box 5130,
                Elm Grove, WI 53122-5130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17659127     +E-mail/Text: bankruptcy@americancreditbureau.com Oct 23 2013 00:47:26
                Advanced Orthopaidic Assoc,    c/o American Credit Bureau Inc,    P O Box 4545,
                Boynton Beach, FL 33424-4545
17957853     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Oct 23 2013 01:33:34
                Ascension Capital Group Inc,    Attn Capital One Auto Financal Dept,    PO Box 201347,
                Arlington, TX 76006-1347
17953825     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Oct 23 2013 01:35:00
                Capital One Auto Finance Department,    c/o Ascension Capital Group,    P.O. Box 201347,
                Arlington, TX 76006-1347
17659132     +E-mail/Text: jpietig@aamsonline.com Oct 23 2013 00:47:54     Centegra,    c/o AAMS,
                4800 Mills Civic Parkway #202,    West Des Moines, IA 50265-5265
17659130     +E-mail/Text: jpietig@aamsonline.com Oct 23 2013 00:47:54     Centegra,    c/o AAMS,
                4800 Mills Civil Pkway #202,    West Des Moines, IA 50265-5265
17659138     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 23 2013 00:47:54     Citibank USA,
                c/o MCM Department 12421,    P O Box 603,    Oaks, PA 19456-0603
17659145     +E-mail/Text: bnc@ursi.com Oct 23 2013 00:47:12     Home Depot,    c/o United Recovery Systems,
                5800 North Course DRive,    Houston, TX 77072-1613
20038523     +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 23 2013 00:50:49
                PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 8
```

```
District/off: 0752-3          User: jclarke              Page 2 of 2               Date Rcvd: Oct 22, 2013
                              Form ID: pdf006            Total Noticed: 47

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20428409*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:   Portfolio Recovery Associates, LLC,
               successor to HSBC BANK NEVADA, N.A.,    POB 41067,    Norfolk, VA 23541)
17659161*    +Vince and Eileen Marzano,    4729 Oregon Trail,    McHenry, IL 60050-0503
                                                                                        TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2013                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2013 at the address(es) listed below:
          Brian A Hart    on behalf of Joint Debtor Jennifer Lynn Elbrecht brian@joneshart.com,
           vanessa@rockfordbankruptcy.com
          Carole J. Ryczek    on behalf of Trustee Stephen G Balsley carole.ryczek@usdoj.gov
          Carole J. Ryczek    on behalf of Accountant Patrick  Shaw carole.ryczek@usdoj.gov
          John J Carrozza    on behalf of Joint Debtor Jennifer Lynn Elbrecht john@joneshart.com,
           matilda@joneshart.com
          Lydia Y Siu    on behalf of Creditor    Fifth Third Mortgage Company lsiu@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Scott W. Brammer    on behalf of Debtor Ryan Michael Elbrecht holeinwon66@hotmail.com
          Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,   IL47@ecfcbis.com
          Stephen G Balsley     sbalsley@bslbv.com,   IL47@ecfcbis.com
          Thomas J Lester    on behalf of Creditor    JPMORGAN CHASE BANK tlester@hinshawlaw.com,
           ryoung@hinshawlaw.com
                                                                                             TOTAL: 10
```