**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re:  ELBRECHT, RYAN MICHAEL           § Case No. 11-83565
        ELBRECHT, JENNIFER LYNN          §
                                         §
Debtor(s)                                §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $125,416.56                    Assets Exempt: $27,916.56
*(without deducting any secured claims)*

Total Distribution to Claimants: $16,335.68      Claims Discharged
                                                 Without Payment: $76,076.78

Total Expenses of Administration: $34,911.54

---

   3) Total gross receipts of $ 90,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 38,752.78 (see **Exhibit 2**), yielded net receipts of $51,247.22 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $147,463.47 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 34,911.54 | 34,911.54 | 34,911.54 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 93,421.94 | 28,747.89 | 16,335.68 | 16,335.68 |
| **TOTAL DISBURSEMENTS** | $240,885.41 | $63,659.43 | $51,247.22 | $51,247.22 |

4) This case was originally filed under Chapter 7 on August 11, 2011. The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/12/2013        By: /s/STEPHEN G. BALSLEY
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Unscheduled Claim against JP Morgan | 1249-000 | 90,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$90,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ELBRECHT, JENNIFER LYNN | Dividend paid 100.00% on $38,752.78; Claim# SURPLUS; Filed: $38,752.78; Reference: | 8200-002 | 38,752.78 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$38,752.78** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Capital One Auto | 4110-000 | 4,782.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank c/o Pierce & Associates | 4110-000 | 142,681.47 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$147,463.47** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 5,812.36 | 5,812.36 | 5,812.36 |
| U.S. BANKRUPTCY COURT | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 13,933.50 | 13,933.50 | 13,933.50 |
| McGladrey LLP | 3310-000 | N/A | 1,390.00 | 1,390.00 | 1,390.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 126.15 | 126.15 | 126.15 |
| Rabobank, N.A. | 2600-000 | N/A | 120.68 | 120.68 | 120.68 |
| Rabobank, N.A. | 2600-000 | N/A | 141.98 | 141.98 | 141.98 |
| Rabobank, N.A. | 2600-000 | N/A | 128.87 | 128.87 | 128.87 |
| Illinois Department of Revenue | 2820-000 | N/A | 2,148.00 | 2,148.00 | 2,148.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 2,148.00 | 2,148.00 | 2,148.00 |
| United States Treasury | 2810-000 | N/A | 4,346.00 | 4,346.00 | 4,346.00 |
| United States Treasury | 2810-000 | N/A | 4,346.00 | 4,346.00 | 4,346.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $34,911.54 | $34,911.54 | $34,911.54 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Jennifer Elbrecht | 5200-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 3,234.60 | 0.00 | 0.00 |
| 1 -2 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 3,234.60 | 3,234.60 | 3,234.60 | 3,234.60 |
| 1I-2 | PYOD, LLC its successors and assigns as assignee | 7990-000 | N/A | 11.60 | 11.60 | 11.60 |

**UST Form 101-7-TDR (10/1/2010)**

| | Claimant | Code | | | | |
|---|---|---|---|---|---|---|
| 2 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 2,228.67 | 0.00 | 0.00 |
| 2 -2 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 2,228.67 | 2,228.67 | 2,228.67 |
| 2I-2 | PYOD, LLC its successors and assigns as assignee | 7990-000 | N/A | 7.99 | 7.99 | 7.99 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 1,078.44 | 0.00 | 0.00 |
| 3 -2 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 1,078.44 | 1,078.44 | 1,078.44 |
| 3I-2 | PYOD, LLC its successors and assigns as assignee | 7990-000 | N/A | 3.87 | 3.87 | 3.87 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 1,270.85 | 0.00 | 0.00 |
| 5 | US BANK N.A. | 7100-000 | 3,079.70 | 3,079.70 | 0.00 | 0.00 |
| 6 | Asset Management Services Inc. | 7100-000 | 8,387.33 | 8,387.33 | 8,387.33 | 8,387.33 |
| 6I | Asset Management Services Inc. | 7990-000 | N/A | 30.07 | 30.07 | 30.07 |
| 7 | Portfolio Recovery Associates, LLC | 7100-000 | 1,519.95 | 1,519.95 | 0.00 | 0.00 |
| 8 | Portfolio Recovery Associates, LLC | 7100-000 | 1,123.58 | 1,123.27 | 1,123.27 | 1,123.27 |
| 8I | Portfolio Recovery Associates, LLC | 7990-000 | N/A | 4.03 | 4.03 | 4.03 |
| 9 | Centegra | 7200-000 | N/A | 225.00 | 225.00 | 225.00 |
| 9I | Centegra | 7990-000 | N/A | 0.81 | 0.81 | 0.81 |
| NOTFILED | Direct Loans US Dept of Education | 7100-000 | 2,457.56 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Health System | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 7100-000 | 5,850.75 | N/A | N/A | 0.00 |
| NOTFILED | DCS INC for GREAT LAKES HIGHER | 7100-000 | 19,674.86 | N/A | N/A | 0.00 |
| NOTFILED | Citibank USA | 7100-000 | 3,395.98 | N/A | N/A | 0.00 |
| NOTFILED | Citgo c/o ARS National Services Inc | 7100-000 | 1,078.44 | N/A | N/A | 0.00 |
| NOTFILED | Citibank South Dakata NA c/o Blatt Hasenmiller Leibsker & | 7100-000 | 2,554.20 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank | 7100-000 | 213.89 | N/A | N/A | 0.00 |
| NOTFILED | G E Money Bank c/o Portfolio Recovery Assoc | 7100-000 | 1,131.58 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot c/o United Recovery Systems | 7100-000 | 3,270.97 | N/A | N/A | 0.00 |
| NOTFILED | Shell c/o ARS National Services, Inc. | 7100-000 | 1,099.54 | N/A | N/A | 0.00 |
| NOTFILED | Premier Bankcard LLC c/o Monarch REcovery Management | 7100-000 | 420.69 | N/A | N/A | 0.00 |
| NOTFILED | Vince and Eileen Marzano | 7100-000 | 2,370.00 | N/A | N/A | 0.00 |
| NOTFILED | U S Bank | 7100-000 | 1,879.85 | N/A | N/A | 0.00 |
| NOTFILED | Moraine Emergncy Physicians c/o NCC | 7100-000 | 34.00 | N/A | N/A | 0.00 |
| NOTFILED | Vince and Eileen Marzano | 7100-000 | 3,701.45 | N/A | N/A | 0.00 |
| NOTFILED | Moraine Emergency Physicians c/o NCC | 7100-000 | 303.00 | N/A | N/A | 0.00 |
| NOTFILED | J & K Pediatrics LLC | 7100-000 | 210.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra c/o AAMS | 7100-000 | 175.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Mary Nader | 7100-000 | 1,456.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls Department Store c/o Profressive Financial | 7100-000 | 1,554.53 | N/A | N/A | 0.00 |
| NOTFILED | Groot Industries c/o RMS | 7100-000 | 178.93 | N/A | N/A | 0.00 |
| NOTFILED | Michael Elbrecht | 7100-000 | 13,000.00 | N/A | N/A | 0.00 |
| NOTFILED | 1st Financial Bank c/o JCC & Associates | 7100-000 | 7,993.56 | N/A | N/A | 0.00 |
| NOTFILED | Centegra | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra c/o AAMS | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Advanced Orthopaidic Assoc c/o American Credit Bureau | 7100-000 | 450.58 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank c/o firstsource | 7100-000 | 1,171.42 | N/A | N/A | 0.00 |
| NOTFILED | Jennifer Elbrecht | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $93,421.94 | $28,747.89 | $16,335.68 | $16,335.68 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-83565  
**Case Name:** ELBRECHT, RYAN MICHAEL  
ELBRECHT, JENNIFER LYNN  
**Period Ending:** 12/12/13

**Trustee:** (330410)  STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 08/11/11 (f)  
**§341(a) Meeting Date:** 09/22/11  
**Claims Bar Date:** 05/02/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2915 East Hickory Drive, Wonder Lake, Illinois D | 97,500.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account #859144859 Chase | 169.53 | 0.00 | | 0.00 | FA |
| 3 | Checking account #7100797299 First Midwest Bank | 40.00 | 0.00 | | 0.00 | FA |
| 4 | Savings Account #2749092058 CHASE | 50.30 | 0.00 | | 0.00 | FA |
| 5 | Checking Account #81198259 Chase | 10.87 | 0.00 | | 0.00 | FA |
| 6 | Savings Account #2920080179 Chase | 0.01 | 0.00 | | 0.00 | FA |
| 7 | Household items Debtor's residence | 4,000.00 | 0.00 | | 0.00 | FA |
| 8 | Books and art Debtor's residence | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Clothing Debtor's residence | 300.00 | 0.00 | | 0.00 | FA |
| 10 | Furs and jewelry Debtor's residence | 500.00 | 0.00 | | 0.00 | FA |
| 11 | Hobby equipment Debtor's residence | 100.00 | 0.00 | | 0.00 | FA |
| 12 | 401(k) savings plan the 401(k) Savings Plan Cent | 15,302.79 | 0.00 | | 0.00 | FA |
| 13 | Employee stock purchase plan J P Morgan Chase & | 1,343.06 | 0.00 | | 0.00 | FA |
| 14 | 1996 Toyota Camry Debtor's residence | 1,000.00 | 0.00 | | 0.00 | FA |
| 15 | 2004 Mitsubishi Debtor's residence | 5,000.00 | 0.00 | | 0.00 | FA |
| 16 | Unscheduled Claim against JP Morgan  (u)<br>    See Order to Compromise Controversy entered March 29, 2013. | 90,000.00 | 90,000.00 | | 90,000.00 | FA |
| 17 | Back child support claim against Ryan Elbrecht  (u)<br>    See Amended Schedule B filed 2/14/2013. | Unknown | Unknown | | 0.00 | FA |
| 17 | **Assets**   Totals (Excluding unknown values) | **$215,416.56** | **$90,000.00** | | **$90,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    July 1, 2013          **Current Projected Date Of Final Report (TFR):**    September 25, 2013  (Actual)

Printed: 12/12/2013 02:47 PM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-83565 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | ELBRECHT, RYAN MICHAEL | | Bank Name: | Rabobank, N.A. |
| | ELBRECHT, JENNIFER LYNN | | Account: | ****845766 - Checking Account |
| Taxpayer ID #: | **-***3510 | | Blanket Bond: | $736,000.00  (per case limit) |
| Period Ending: | 12/12/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/24/13 | {16} | JP Morgan Chase & Co. | Settlement funds pursuant to Order to Compromise Controversy entered March 29, 2013 | 1249-000 | 90,000.00 | | 90,000.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 89,990.00 |
| 06/03/13 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #11-83565 | 2300-000 | | 126.15 | 89,863.85 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 120.68 | 89,743.17 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 141.98 | 89,601.19 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 128.87 | 89,472.32 |
| 09/04/13 | 102 | Illinois Department of Revenue | State taxes 8/1/12-7/31/13; 30-6363510 (Jennifer Elbrecht) | 2820-000 | | 2,148.00 | 87,324.32 |
| 09/04/13 | 103 | Illinois Department of Revenue | State taxes 8/1/12-7/31/13; 30-6363510 (Ryan Elbrecht) | 2820-000 | | 2,148.00 | 85,176.32 |
| 09/04/13 | 104 | United States Treasury | 2012 Form 1041; 30-6363510 (Jennifer Elbrecht) | 2810-000 | | 4,346.00 | 80,830.32 |
| 09/04/13 | 105 | United States Treasury | 2012 Form 1041; 30-6363510 (Ryan Elbrecht) | 2810-000 | | 4,346.00 | 76,484.32 |
| 11/13/13 | 106 | U.S. BANKRUPTCY COURT | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 260.00 | 76,224.32 |
| 11/13/13 | 107 | McGladrey LLP | Dividend paid 100.00% on $1,390.00, Accountant for Trustee Fees (Trustee Firm); Reference: | 3310-000 | | 1,390.00 | 74,834.32 |
| 11/13/13 | 108 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $13,933.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 13,933.50 | 60,900.82 |
| 11/13/13 | 109 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $5,812.36, Trustee Compensation;  Reference: | 2100-000 | | 5,812.36 | 55,088.46 |
| 11/13/13 | 110 | PYOD, LLC its successors and assigns as assignee | Dividend paid 100.00% on $3,234.60; Claim# 1 -2; Filed: $3,234.60; Reference: | 7100-000 | | 3,234.60 | 51,853.86 |
| 11/13/13 | 111 | PYOD, LLC its successors and assigns as assignee | Dividend paid 100.00% on $2,228.67; Claim# 2 -2; Filed: $2,228.67; Reference: | 7100-000 | | 2,228.67 | 49,625.19 |
| 11/13/13 | 112 | PYOD, LLC its successors and assigns as assignee | Dividend paid 100.00% on $1,078.44; Claim# 3 -2; Filed: $1,078.44; Reference: | 7100-000 | | 1,078.44 | 48,546.75 |
| 11/13/13 | 113 | Asset Management Services Inc. | Dividend paid 100.00% on $8,387.33; Claim# 6; Filed: $8,387.33; Reference: | 7100-000 | | 8,387.33 | 40,159.42 |
| 11/13/13 | 114 | Portfolio Recovery Associates, LLC | Dividend paid 100.00% on $1,123.27; Claim# 8; Filed: $1,123.27; Reference: | 7100-000 | | 1,123.27 | 39,036.15 |
| 11/13/13 | 115 | Centegra | Dividend paid 100.00% on $225.00; Claim# 9; | 7200-000 | | 225.00 | 38,811.15 |
| | | | Subtotals : | | $90,000.00 | $51,188.85 | |

{} Asset reference(s)    Printed: 12/12/2013 02:47 PM    V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-83565
**Case Name:** ELBRECHT, RYAN MICHAEL
ELBRECHT, JENNIFER LYNN
**Taxpayer ID #:** **-***3510
**Period Ending:** 12/12/13

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** Rabobank, N.A.
**Account:** ****845766 - Checking Account
**Blanket Bond:** $736,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $225.00; Reference: | | | | |
| 11/13/13 | 116 | PYOD, LLC its successors and assigns as assignee | Dividend paid 100.00% on $11.60; Claim# 1I-2; Filed: $11.60; Reference: | 7990-000 | | 11.60 | 38,799.55 |
| 11/13/13 | 117 | PYOD, LLC its successors and assigns as assignee | Dividend paid 100.00% on $7.99; Claim# 2I-2; Filed: $7.99; Reference: | 7990-000 | | 7.99 | 38,791.56 |
| 11/13/13 | 118 | Asset Management Services Inc. | Dividend paid 100.00% on $30.07; Claim# 6I; Filed: $30.07; Reference: | 7990-000 | | 30.07 | 38,761.49 |
| 11/13/13 | 119 | ELBRECHT, JENNIFER LYNN | Dividend paid 100.00% on $38,752.78; Claim# SURPLUS; Filed: $38,752.78; Reference: | 8200-002 | | 38,752.78 | 8.71 |
| 11/13/13 | 120 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 8.71 | 0.00 |
| | | | Dividend paid 100.00%   3.87<br>on $3.87;  Claim# 3I-2;<br>Filed: $3.87 | 7990-000 | | | 0.00 |
| | | | Dividend paid 100.00%   4.03<br>on $4.03;  Claim# 8I;<br>Filed: $4.03 | 7990-000 | | | 0.00 |
| | | | Dividend paid 100.00%   0.81<br>on $0.81;  Claim# 9I;<br>Filed: $0.81 | 7990-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 90,000.00 | 90,000.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 90,000.00 | 90,000.00 | |
| Less: Payments to Debtors | | | 38,752.78 | |
| **NET Receipts / Disbursements** | | **$90,000.00** | **$51,247.22** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****845766** | 90,000.00 | 51,247.22 | 0.00 |
| | $90,000.00 | $51,247.22 | $0.00 |

{} Asset reference(s)